UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br>Plaintiff,<br>v.<br>GUZMAN, et al.,<br>Defendants. | No. 1:26-cv-03724-SAB (PC)<br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF No. 9) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On May 18, 2026, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 4.) However, Plaintiff failed to comply with the Court's order.[1] Therefore, on July 13, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 8.)

On July 23, 2206, Plaintiff filed a response to the order to show cause. (ECF No. 9.) Therein, Plaintiff submits that he was advised the "certified trust statement" would be sent to his counselor "who said she'd put it in the mail." (Id. at 2.)

Plaintiff is advised that the Court has not initially received an application to proceed in

[1] On May 29, 2026 and June 1, 2026, Plaintiff filed notices indicating that the application to proceed in forma pauperis would be forthcoming (ECF Nos. 5, 6); however, no application was ever received.

forma pauperis nor the certified trust account statement. As stated in the Court's May 18, 2026, order, Plaintiff must either pay the $405.00 filing fee or submit an application to proceed in forma pauperis, completed and signed. Once a complete application to proceed in forma pauperis is submitted, the Court will at that time request a copy of Plaintiff's prison trust account statement from the California Department of Correction and Rehabilitations.

Accordingly, it is HEREBY ORDERED that:

1. The Court's July 13, 2026, order to show cause is DISCHARGED;
2. The Clerk of Court shall send Plaintiff an application to proceed in forma pauperis by a prisoner;
3. Within **thirty (30)** days from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis; and
4. Failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: **July 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge