UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADRIAN JUAN LLOYD,

Plaintiff,

v.

GUZMAN, et al.,

Defendants.

No. 1:26-cv-03724-SAB (PC)

SECOND ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF Nos. 10, 11)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On May 18, 2026, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 4.) However, Plaintiff failed to comply with the Court's order.[1] Therefore, on July 13, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 8.)

On July 23, 2206, Plaintiff filed a response to the order to show cause. (ECF No. 9.) Therein, Plaintiff submitted that he was advised the "certified trust statement" would be sent to his counselor "who said she'd put it in the mail." (Id. at 2.)

///

[1] On May 29, 2026 and June 1, 2026, Plaintiff filed notices indicating that the application to proceed in forma pauperis would be forthcoming (ECF Nos. 5, 6); however, no application was ever received.

On July 27, 2026, the Court discharged the order to show cause and directed Plaintiff to submit an application to proceed in forma pauperis within thirty days. (ECF No. 10.) The Court advised Plaintiff that it had "not initially received an application to proceed in forma pauperis nor the certified trust account statement," and once the appropriate application is received, "the Court will at that time request a copy of Plaintiff's prison trust account statement from the California Department of Correction and Rehabilitations." (Id. at 1-2.)

On this same date, Plaintiff submitted a notice indicating that he spoke with a counselor who advised him "that she would put the IFP packed 'in the mail,' today…" (ECF No. 11.) To date, the Court has not received an application to proceed in forma pauperis. Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff an application to proceed in forma pauperis by a prisoner;
2. Within **thirty (30)** days from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis; and
3. Failure to comply with this order will result in a recommendation that the action be dismissed, and no further extensions of time will be granted, absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: **August 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge