UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADRIAN JUAN LLOYD,

Plaintiff,

v.

GUZMAN, et al.,

Defendants.

No. 1:26-cv-03724-SAB (PC)

ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE ISSUED ON AUGUST 24, 2026

(ECF No. 13)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On August 24, 2026, the Court issued a second order to show cause why the action should not be dismissed and directed Plaintiff to submit a completed application to proceed in forma pauperis or pay the $405.00 filing fee within thirty days. (ECF No. 13.)

Inasmuch as Plaintiff filed a motion to proceed in forma pauperis on this same date, which was granted by way of separate order, the Court's second order to show cause issued on August 24, 2026, is DISCHARGED. Plaintiff is advised that the Court will screen his complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated: **August 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge